United States District Court
Southern District of Texas
**ENTERED**
January 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DEREK D. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00297 |
| | § | |
| CORPUS CHRISTI POLICE DEPARTMENT, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 3). The M&R recommends that the Court **DISMISS** Plaintiff Derek Smith's complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) or, alternatively, that the Court order Plaintiff to file an amended complaint. (D.E. 3, p. 1).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R's recommendation that the Court order Plaintiff to file an amended complaint. (D.E. 3, p. 1). Accordingly, the Court **ORDERS** Plaintiff to file an amended complaint, addressing the deficiencies stated in the M&R, by **February 10,**

2023. Plaintiff's failure to file an amended complaint by the date stated may result in Plaintiff's suit being dismissed for failure to prosecute and/or comply with a court order. *See* FED. R. CIV. P. 41(b).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 10th, 2023